AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

FILED
in the Middle District of North Carolina
**March 17, 2021
8:30 pm**
Clerk, US District Court
By: _____kg_____

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br><br>CHARLES DONOHOE<br>*Defendant* | )<br>)  Case No. 1:21MJ103<br>)<br>)<br>) |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: U.S. District Court<br>251 N. Main Street<br>Winston-Salem, NC 27101 | Courtroom No.: 1 |
|---|---|
| | Date and Time: 3/24/2021  3:00 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 03/17/2021

_____
*Judge's signature*

Joi Elizabeth Peake, United States Magistrate Judge
*Printed name and title*