IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| United States of America | ) | |
|---|---|---|
| | ) | |
| v. | ) | 1:21mj103 |
| | ) | |
| Charles Donohoe | ) | |

## MOTION TO UNSEAL

NOW COMES United States of America, by and through its attorney, Sandra J. Hairston, Acting United States Attorney for the Middle District of North Carolina, and moves to unseal its memorandum in support of pre-trial detention. See Dkt. 6. The government filed that document under seal because it referenced factual allegations made in the superseding indictment. At the time of the filing, the superseding indictment was sealed by the United States District Court for the District of Columbia. That court has since unsealed the

charging document.  Accordingly, the government asks this Court to unseal its memorandum in support of pre-trial detention filed at Dkt. 6 in the above-captioned case.

This the 19th day of March, 2021.

>Respectfully submitted,
>
>SANDRA J. HAIRSTON
>ACTING UNITED STATES ATTORNEY
>
>S/ TANNER L. KROEGER
>Assistant United States Attorney
>NYSB No. 5297015
>United States Attorney's Office
>Middle District of North Carolina
>101 S. Edgeworth St., 4th Floor
>Greensboro, NC  27401
>Phone:  336/333-5351

CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, and served via that system on the following CM/ECF participants:

Lisa Costner, Esq.

Respectfully submitted,

S/ TANNER L. KROEGER
Assistant United States Attorney
NYSB No. 5297015
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Floor
Greensboro, NC  27401
Phone:  336/333-5351
